B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re  Alexander Cain                              ,        Case No.  18-12602

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust | MTGLQ Investors, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Court Claim # (if known):  9-1
Amount of Claim:  $355,434.76
Date Claim Filed:  09/14/2018

Phone:  800.603.0836
Last Four Digits of Acct #:  2273

Phone:  _____
Last Four Digits of Acct. #:  2668

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date:  7/24/19
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


FILING FEE PAID